```
_____ FILED    _____ LODGED
                  _____ RECEIVED

         Nov 01, 2019

       CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHRISTOPHER J. LEACH,<br><br>Defendant. | NO. CR19-5428-TLF<br><br>**INFORMATION**<br><br>[Misdemeanor] |

The United States Attorney charges that:

### COUNT 1
(Offer of Sale and Transportation of Uninspected Meat)

In or about January 2018 through July 2018, in Cowlitz County, in the Western District of Washington and elsewhere, Defendant CHRISTOPHER J. LEACH, doing business as "The Beautiful Pig", did knowingly sell, transport, and offer for sale and transportation in commerce, meat food products, that is, cured meats, which were capable of use as human food, which were not first inspected and passed as required by the Federal Meat Inspection Act, and which were misbranded at the time of sale with a mark of Federal inspection.

All in violation of Title 21, United States Code, Sections 610(c)(2) and 676(a).

Information / *United States v. Leach* - 1
USAO #2019R00801

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## COUNT 2
(Unauthorized Use of Federal Inspection Mark)

In or about January 2018 through July 2018, in Cowlitz County, in the Western District of Washington and elsewhere, Defendant CHRISTOPHER J. LEACH, doing business as "The Beautiful Pig", did knowingly use on meat food products, that is, cured meats, a mark of Federal inspection and passage without the authorization of the Secretary of Agriculture, when, in truth and fact, the cured meats had not been inspected and passed as required by the Federal Meat Inspection Act.

//
//
//

Information / United States v. Leach - 2
USAO #2019R00801

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  All in violation of Title 21, United State Code, Sections 611(b)(2) and 676(a).

2  DATED this 1st day of ~~October~~ November, 2019.

BRIAN T. MORAN
United States Attorney

KATHERYN K. FRIERSON
Assistant United States Attorney

ANDRÉ M. PEÑALVER
Assistant United States Attorney

Information / *United States v. Leach* - 3
USAO #2019R00801

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800